**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Pillar Point Partners Antitrust & Patent Litigation ) ) ) | MDL No. 1202   (2:97-md-1202-PHX-PGR)<br>All Antitrust Cases |

### ORDER

The Court having considered Plaintiffs' Unopposed Motion for *Cy Pres* Distribution, filed March 31, 2008, and no opposition having been filed thereto,

IT IS ORDERED that Plaintiffs' Unopposed Motion for *Cy Pres* Distribution (doc. #626) is granted and that the plaintiffs' counsel shall distribute all monies remaining in the Settlement Fund, currently stated to be $15,395.57, to the Wills Eye Institute for research purposes no later than May 16, 2008.

DATED this 28th day of April, 2008.

Paul G. Rosenblatt
United States District Judge